IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
ADRIAN AVENDANO-BAUTISTA,        *
                                 *
     Plaintiff,                  *
                                 *
     v.                          *    CV 116-108
                                 *
KIMBELL GIN MACHINERY COMPANY;   *
and LUBBOCK ELECTRIC CO., INC.,  *
                                 *
     Defendants.                 *
                                 *
```

## O R D E R

Before the Court is the parties' stipulation of dismissal. (Doc. 70.) The stipulation is signed by all parties remaining in the case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to the dismissal of the above-referenced action with prejudice. **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted in this matter are **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this 1ST day of February, 2019.

/s/ J. Randal Hall
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA